## File Hashes for IP Address 73.31.29.158

**ISP:** Comcast Cable Communications Management, LLC
**Physical Location:** Stafford, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 05/09/2015 20:03:38 | EDF861263A54819730EB769DB0A1A98C5EC9750B | Come Together Part #2 |
| 04/10/2015 19:08:23 | EF6ACAB2A665D22C2E7668926438BB14AE21F992 | Meet My Lover From Austria |
| 04/10/2015 18:35:42 | A4C3B3E54CBF5F7E192A34BDB37D0985F1185A3D | Arrest Me |
| 04/10/2015 17:47:17 | 06A7FE7378A5082C4D8620EFB38AC23244EEC11F | All Tied Up |
| 04/10/2015 17:40:56 | 604BF2CA539A32E99ED9F6CCA4590CC5122ABF03 | My Naughty Girl |
| 04/10/2015 17:40:29 | D32EEC6B17B96DCB7742FE646DFDB1B639604983 | Maybe Yes |
| 04/02/2015 17:25:40 | F6756414EE9146E38581F2AB7D346C154F395FFF | Tight Ass Teen |
| 03/29/2015 11:53:45 | E95B08B3BBBBE6DEA83DEE4A641B06DA3051E518 | Hot Brunettes |
| 03/24/2015 10:07:57 | 693BC0E934980E238CDC3449CD224AC6C8587717 | Spread Across The Floor |
| 03/04/2015 10:19:32 | 24FF06B1AA33D7C85B3F9A6BDE555473BCEDC5C5 | Elle Hearts Girls |
| 02/27/2015 14:49:28 | C393157D27213C5F667CBCCC8A408AD9EE0B4FCF | Truth or Dare |
| 02/14/2015 18:04:47 | 6CB8B60C864DB45D981CB31DBDCC0DE6D0035746 | Sexy In The City |
| 02/12/2015 09:24:37 | 2EBC9B30600A95A8C19EFE6FC4286815420DEF69 | Czech Beauties |
| 02/11/2015 17:25:32 | CE9DE6273E00EAB8052C3B7F75846E945CCE519E | Erotic Stretching and Sex |
| 02/11/2015 11:10:49 | DD4B1B31D7B83F9F4A438166D7B8E5DDC30683F4 | Fucking Goddesses |
| 02/11/2015 10:10:54 | 9587BCAAB4917803E89B24CAA4CDCA743ED066D7 | Deep Down In Me |
| 02/11/2015 10:07:23 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 02/11/2015 10:01:22 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 02/11/2015 09:54:50 | 10FA46C05717695FFE6413D36DD767A20B0337BF | Four Ways |
| 02/11/2015 09:39:16 | 794721F9813E280C0205E1C9EA1599A8C02684F5 | Marry Me |
| 02/11/2015 09:33:34 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 02/11/2015 08:03:29 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |

EXHIBIT A

EVA274

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/11/2015 07:33:57 | C1C3BD0B213D4A21DE5904F9A389E4DAD645CEAE | Awe Inspiring Orgy |
| 02/11/2015 00:27:40 | 7A4995CAD71D31FF581945E35ABE694C7EDE32DC | Paint Me White |
| 01/31/2015 18:52:36 | A765ECB962208A7E6278D95C08A279D877646A89 | Morning Glory |

**Total Statutory Claims Against Defendant: 25**